UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JAMES WASHINGTON,

          *Petitioner*,

   -against-

WILLIAM BROWN, Superintendent,
Eastern New York Correctional Facility,

          *Respondent.*
------------------------------------------------------------------X

JUDGMENT
09-CV- 0544 (JG)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 1 0 2009 ★
**BROOKLYN OFFICE**

      A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on June 8, 2009, denying the petition for a writ of habeas corpus; and ordering that no Certificate of Appealability shall issue; it is

      ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition for a writ of habeas corpus is denied; and that no Certificate of Appealability shall issue.

Dated: Brooklyn, New York
       June 09, 2009

s/Robert C. Heinemann
_____
ROBERT C. HEINEMANN
Clerk of Court